**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **TRUSTEES OF THE I.U.O.E. LOCAL 478 ANNUITY FUND, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 478 TRAINING AND SKILL IMPROVEMENT FUND, TRUSTEES OF THE I.U.O.E. LOCAL NO. 478 HEALTH BENEFITS FUND, TRUSTEES OF THE I.U.O.E. LOCAL 478 PENSION FUND, TRUSTEES OF THE I.U.O.E. LOCAL 478 SUPPLEMENTAL UNEMPLOYMENT BENEFITS FUND AND I.U.O.E. LOCAL 478** | **CIVIL ACTION NO.** |
| Plaintiffs | |
| **vs.** | |
| **UNIVERSAL FOUNDATIONS, INC.** | **November 10, 2017** |
| Defendant | |

**COMPLAINT**

**PARTIES**

1.      Plaintiffs Trustees of the I.U.O.E. Local 478 Annuity Fund, Trustees of the Operating Engineers Local 478 Training and Skill Improvement Fund, Trustees of the I.U.O.E. Local No. 478 Health Benefits Fund, Trustees of the I.U.O.E. Local 478 Pension Fund, Trustees of the I.U.O.E. Local 478 Supplemental Unemployment Benefits Fund (hereinafter "Funds"); are Trustees of a multi-employer employee benefit plan as those terms are defined in Sections 3(3) and 3(37) of the Employee Retirement

Income Security Act of 1974, hereinafter "ERISA," 29 U.S.C. Sections 1002(3) and (37).  The Funds are established and maintained by a Restated Agreement and Declaration of Trust and by a Collective Bargaining Agreement between I.U.O.E. Local 478 Trust Funds and Defendant, Universal Foundations (hereinafter referred to as "UF").  The Funds are administered at 1965 Dixwell Avenue, Hamden, Connecticut 06514.

2.      I.U.O.E. Local 478 is a labor organization within the meaning of Section 2(5) of the National Labor Relations Act, 29 U.S.C. Section 152(5).

3.      Defendant UF is a company that does business in the State of Connecticut, with a business address located at 251 Middle Street, Middletown, CT 06457.  Universal transacted business in the State of Connecticut as a contractor or subcontractor in the construction industry and at all times herein was an "employer in an industry affecting commerce" as defined in Sections 501(l), (3) and 2(2) of the Labor-Management Relations Act ("LMRA"), 29 U.S.C. Sections 142(l), (3) and 152(2); Sections 3(5), (9), (11), (12) and (14) of ERISA, 29 U.S.C. Sections 1002(5), (9), (11), (12) and (14); and Section 3 of the Multi-Employer Pension Plan Amendments Act of 1980, 29 U.S.C. Section 1001(a).

**JURISDICTION AND VENUE**

4.      This Court has jurisdiction of this action under Sections 502 and 515 of ERISA, 29 U.S.C. Sections 1132 and 1145, and under Section 301 of the LMRA, 29 U.S.C. Section 185(a).  This is an action for breach of a Collective Bargaining

Agreement between an employer and a labor organization representing employees in an industry affecting commerce, and an action to collect contributions due to an employee benefit plan under the terms of the Collective Bargaining Agreement.

**COUNT I**

5.      Defendant UF hereby repeats and re-alleges paragraphs 1 through 4 on this Complaint as if set forth fully herein.

6.      Defendant UF entered into a Collective Bargaining Agreement with I.U.O.E. Local 478 Trust Funds, establishing the terms and conditions of employment for employees of the Defendant.

7.      Pursuant to the Collective Bargaining Agreement, Defendant UF is required to pay to the Funds certain sums of money for each hour worked by employees of UF, covered by the Collective Bargaining Agreement.

8.      UF submitted remittance reports to the Funds demonstrating it owes the Funds ***$40,373.89*** in contributions for work performed by employees covered under the Collective Bargaining Agreement during the period of September 2016 to April 2017.

9.      UF has not timely paid any portion of the amounts referenced in Paragraph Eight and continues to owe the Funds ***$40,373.89*** for the period of September 2016 to April 2017.

10.       It is believed UF employees have continued to perform work covered under the Collective Bargaining Agreement since May 2017. Therefore, it is expected

that Defendant UF's liability to the Funds is higher than **$40,373.89** and that their liability to the Funds will continue to increase until the issuance of a Judgment.

11.     Pursuant to 29 U.S.C. 1132 (g)(2),  UF, is liable to the Plaintiffs for all unpaid contributions, interest on the unpaid contributions, an amount equal to the greater of (a) interest on the unpaid contributions, or (b) liquidated damages provided for in the Plan, reasonable attorney's fees, costs of this action, and such other legal and equitable relief as the Court deems appropriate.

**WHEREFORE, Plaintiffs pray for judgment as follows:**

    A. Ordering Defendant UF to pay **$40,373.89** for contributions owed for work performed during the months of September 2016 through April 2017

    B. Ordering Defendant UF to submit monthly reports and payment for contributions owed for work performed during the period of May 2017 until the issuance of a judgment.

    C. Ordering Defendant UF to submit payments for contributions discovered as due, through their monthly reporting or otherwise, during the pendency of the Complaint until the issuance of a Judgment.

    D. Ordering that Defendant UF be required to pay double interest or interest plus liquidated damages on the amount due accrued from the date of the delinquency until the date of payments for any contributions that are due, become due or are otherwise discovered during the pendency of the Complaint until the issuance of a Judgment.

    E. Ordering that Defendant UF be ordered to pay the reasonable attorney fees and costs incurred by the Plaintiffs in connection with this Litigation.

    F.  For such further relief as the Court may deem appropriate

**DATED** at East Hartford, Connecticut, this 10th day of November 2017.


Respectfully submitted,


/s/ Brendan L. Hughes
Brendan L. Hughes, Esq.
ROBERT M. CHEVERIE &
ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT  06108
Fed Bar # ct29675
Tele: (860) 290-9610
Fax: (860) 290-9611
E-mail: bhughes@cheverielaw.com

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Complaint has been served by certified mail, as required by Section 502(h) of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132(h), this 10th day of November 2017, on the following:

Secretary of the Treasury
INTERNAL REVENUE SERVICE
31 Hopkins Plaza, Suite B2
Baltimore, MD 21201
**Attn:  Employee Plans**

Secretary of Labor
200 Constitution Avenue, N.W.
Washington, D.C.  20210
**Attn:  Assistant Solicitor for Plan
        Benefits Security**

ATTORNEY FOR PLAINTIFFS,

/s/ Brendan L. Hughes_____
Brendan L. Hughes, Esq.
ROBERT M. CHEVERIE &
ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT  06108
Fed Bar # ct29675
Tele: (860) 290-9610
Fax: (860) 290-9611
E-mail: bhughes@cheverielaw.com